Opinion issued June 3, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00305-CR

———————————

Harold Elgin Johnson, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 228th District Court 

Harris County, Texas



Trial Court Case No. 1076308

 



MEMORANDUM OPINION

          Appellant,
Harold Elgin Johnson, has filed a motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See
Tex. R. App. P. 42.2(a).

          We
have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.


          We
deny as moot any pending motions.

          The
Clerk of this Court is directed to issue the mandate within 10 days.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).